IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DEPARTMENT OF REVENUE,

      Appellant,

v.

BRENT A. DOVE AND KELLI
M. CRAIN,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2189

_____/

Opinion filed January 2, 2015.

An appeal from an order of the Division of Administrative Hearings.
James H. Peterson, III, Judge.

Pamela Jo Bondi, Attorney General, and Toni C. Bernstein, Assistant Attorney
General, Tallahassee, for Appellant.

No appearance for Appellees.

PER CURIAM.

      The record supports the Department of Revenue's assertion that the Division

of Administrative Hearings' subject-matter jurisdiction was not properly invoked by

filing the requisite pleadings and notices as required by section 409.2563, Florida

Statutes (2014). The modification of support in the Final Administrative Support Modification Order was in error. The order on appeal is vacated, and the case is remanded to the Division of Administrative Hearings with instructions to enter an order directing the Department of Revenue to begin modification proceedings under section 409.2563.

VACATED and REMANDED.

ROBERTS, RAY, and MAKAR, JJ., CONCUR.